IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02557-GPG

BRYAN A KENNAN,

        Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security Administration,

        Defendant.

_____

## ORDER DRAWING CASE

_____

        After review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that

this case does not appear to be appropriate for summary dismissal.   Therefore, the case

will be placed on the AP docket.   Accordingly, it is

        ORDERED that this case shall be placed on the AP docket.

        DATED December 1, 2015, at Denver, Colorado.

                                        BY THE COURT:

                                        _____
                                        Gordon P. Gallagher
                                        United States Magistrate Judge